BERNARD MENTH, ET AL., PLAINTIFFS-RESPONDENTS, v. BREEZE CORPORATION, INC., DEFENDANT-PETITIONER.

See same case below: 3 *N. J. Super.* 169.

*Messrs. Stryker, Tams & Horner* and *Mr. William L. Dill, Jr.,* for the petitioner.

*Mr. Maurice Schapira* for the respondents.

September 19, 1949.   Granted.

THOMAS J. ROURKE, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE COORDINATED TRANSPORT, DEFENDANT-PETITIONER.

See same case below: 4 *N. J. Super.* 44.

*Mr. Carl T. Freggens* and *Mr. Richard Fryling* for the petitioner.

*Mr. Francis M. Seaman* and *Mr. John P. Kozak* for the respondent.

September 19, 1949.   Granted.